EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2016 TSPR 119 |
| Paolo José Pérez Román | 195 DPR ____ |

Número del Caso: TS-15,582

Fecha: 13 de junio de 2016

Abogado de la Peticionaria:

      Por Derecho Propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Paolo José Pérez Román                    TS- 15,582

RESOLUCIÓN

En San Juan, Puerto Rico, a 13 de junio de 2016.

Examinada la *Moción sobre reinstalación inmediata al ejercicio de la abogacía* presentada por el Sr. Paolo José Pérez Román (peticionario), y en atención a las circunstancias particulares y extraordinarias del presente caso, se reinstala al peticionario al ejercicio de la abogacía. Esta reinstalación está condicionada a que éste subsane las deficiencias arancelarias de su obra notarial dentro de un término final, definitivo e improrrogable de ciento ochenta (180) días. Esto es, para el 10 de diciembre de 2016, el peticionario deberá haber pagado la deuda arancelaria que pesa sobre su obra notarial. De incumplir con ello, éste será suspendido nuevamente de la práctica de la abogacía.

Esta Resolución tendrá vigencia inmediata.

Notifíquese inmediatamente.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez proveería no ha lugar a la solicitud de reinstalación del peticionario. El Juez Asociado señor Martínez Torres disiente y hace constar la siguiente expresión: "Opino que no procede reinstalar al Sr. Paolo José Pérez Román hasta tanto este pague las deficiencias arancelarias en su obra notarial y se resuelvan a su favor las quejas que se presentaron en su contra. Los abogados suspendidos indefinidamente del ejercicio de la abogacía, como el señor Pérez Román, se encuentran en la misma posición que los aspirantes que aprobaron el examen de reválida general y se aprestan a juramentar. En ese sentido, para que proceda su admisión, o reinstalación, según sea el caso, ambos tienen que gozar de buena reputación. En el caso de los aspirantes contamos con la Comisión de Reputación para que lleve a cabo un escrutinio a esos fines. En el caso de abogados suspendidos indefinidamente, nos toca a nosotros llevar a cabo ese análisis riguroso. Respetuosamente entiendo que mientras el señor Pérez Román tenga quejas pendientes y no pague la deuda arancelaria, no podemos constatar que goce de buena reputación".

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo